IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL KEVIN BREWER, | ) | |
| Petitioner, | ) ) | No. C 05-5284 CRB (PR) |
| vs. | ) ) | ORDER OF DISMISSAL |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) ) ) | (Doc # 2) |
| Respondent. | ) ) | |

      Paul Kevin Brewer has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 seeking a "court ordered discharge" of his parole in California.

      Prisoners in state custody who wish to challenge collaterally in federal habeas corpus proceedings either the fact or length of their confinement are first required to exhaust state judicial remedies, either on direct appeal or through collateral proceedings, by presenting the highest state court available with a fair opportunity to rule on the merits of each and every claim they seek to raise in federal court. See 28 U.S.C. § 2254(b)-(c). Brewer has not done so. He has not presented the Supreme Court of California with an opportunity to consider and rule on his claims. See O'Sullivan v. Boerckel, 526 U.S. 838, 845 (1999) (state's highest court must be given opportunity to rule on claims even if review is discretionary); Larche v. Simons, 53 F.3d 1068, 1071-72 (9th Cir. 1995)

1  (Supreme Court of California must be given at least one opportunity to review
2  state prisoners' federal claims).  The petition for a writ of habeas corpus therefore
3  is DISMISSED without prejudice to refiling after state judicial remedies are
4  exhausted.
5      The clerk shall close the file and terminate all pending motions (see, e.g.,
6  doc # 2) as moot.  No fee is due.
7  SO ORDERED.
8  DATED: Jan 3, 2006

CHARLES R. BREYER
United States District Judge

2